83,424 -01,02,03, 04

To: Texas Court of Criminal Appeals
Capitol Station
Abel Acosta - Clerk
P.O. Bx 12308
Austin, Tx 78711

In Re : Gabriel Cardona doc# 1444672
Texas Dpt. Criminal Justice
James V. Allred Unit
2101 FM 369 N
Iowa Park, Tx 76367

Dear Mr. Abel Acosta / Clerk,

Am forwarding "Affidavit in Support of Delay" on behalf of TDCJ inmate Gabriel Cardona (Tdc# 1444672). Mr. Cardona believes that he is experiencing delays, missteps, and obstacles to his seeking judicial relief that are not due to negligence or ignorance on his behalf and approached me and asked if I would forward this motion in hopes it will arrive safely and in its entirety (no missing pages) as some of his mailings have gone missing in part or entirely.

Thank You

Sincerely,
Walton Collins

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

5 pages enclosed

Mr. Abel Acosta - Clerk of the Court of Criminal Appeals
RE: REQUEST; File Papers

Mr. Acosta,

Enclosed please find a request I filed on 06.15.15, (don't know if you received it) I would like filed with the justices (if not received previously) I strongly believe the Webb County District Attorney and/or District Clerk are abusing my 11.07 rights. Tampering with my filings.

I was denied notarization but am waiting on certification of the proof of my filings. The Mailroom has been unreasonable delaying the certifying process. As soon as it's done I'll mail the proof.

Your time and effort is greatly appreciated.

NOTE: This vehicle, in the envelope's face, is because In ensuring these filings go through the mailroom, I believe the mailroom is also purpose-fully interfering with my Mailings.

NOTE: I received 3 (three) notices of the Writs being received.
    WR 83,424-01 - received notice
    83,424-02 received notice
    83,424-03 - received notice

I filed 4 (four) writs. Did not receive I believe 83,424-04?

#1444672

Respectfully, Gabriel Cardona
    Allred Unit
    2101 F.M. 369 W.
    Iowa Park, TX 76367

Exhibit 1
<u>AFFIDAVIT IN SUPPORT OF DELAY</u>

Ex Parte Gabriel Cardona
WR- 83,424-01
       - 02
       - 03

§
§
§

<u>Affidavit</u>

I, Gabriel Cardona, 9.13.86, being presently incarcerated in the All Red Unit, under TDCJ # 1444672, and being competent state as follows:

1.

I am the applicant in the above entitled causes and do hereby state that on 06.15.15, I filed a REQUEST FOR STAY OF ADJUDICATION (enclosed) for writs no: 83,424-01, 83,424-02, 83,424-03, and I must assume 83,424-04. I filed 4 writs. I requested stay because documents, which are material are missing. I passed receipts, evidence that I duly filed said missing documents.

I am in an attempt to produce such evidence through certified mail, but the All Red Unit Mail Room has been unreasonable in its delay in processing the certified receipts. I sent a request on the 15th and 17th of this Month of June. Have not received an answer. I have filed a Grievance (complaint). As soon as they are certified I will produce such proof of my filings.

As of this 18th day of June I have received 0 (zero) answers or response from Webb County. Order or any matters pertaining to my writs. I mail this through this vehicle to ensure delivery.

Further affiant sayeth not.

True and Correct under penalty of perjury.

Respectfully submitted
Gabriel Cardona #1444672
All Red Unit
2101 F.M.369 W.
Iowa Park, TX 76367

Ex Parte Gabriel Cardona

§  In the Texas Court
oF
§  CRIMINAL APPEALS

§

---

## REQUEST FOR STAY ON ADJUDICATION OF WRIT OF HABEAS CORPUS; MISSING DOCUMENTS

Comes now Gabriel Cardona, applicant pro se in the above entitled and numbered causes, and files this request to the Court of Criminal Appeals for stay in adjudication of Writ of Habeas Corpus, and respectfully show the following:

### I. "One Writ Rule"

The Applicant is aware of the One writ Rule and believes that this rule is being violated by the District Attorneys office and or the District Clerk for Webb County, Laredo Texas. Thus, the Honorable Joe Lopez or judge presiding, in all writs filed pro se on behalf of the Applicant, cannot make a proper determination, assess the facts, hence, adjudicate on the writs. Consequently, the Applicant will be prejudiced in his ability to pursue habeas relief. There are missing documents.

### II. Missing Documents

1). The Applicant duly filed a Memorandum of Law for each Writ Application. The Applicant filed a redacted confession for cause no: 2005 CRN 630 D1(A), in support of his point of argument. The Applicant filed witnesses' statements for cause no's: 2005 CRN 952 D1(A), 2006 CRN 441 D1(A). The Applicant filed newly discovered evidence or newly available evidence, testimony from Janet Pineda and Christina Lozano for cause no: 2006 CRN 441 D1(A), in support of Ground 2 and Ground 10, Actual Innocence claim. Applicant filed excerpts of Docket, Judgment, and Plea Agreement in support of his claim re: Federal Sentence. Applicant filed a general request for Due Credibility of Claims wherein he explains his delay and reasons for such delay. Applicant provided Exhibits for such delay. The Applicant also provided the State's Exhibit 1 and 2 for Cause no's: 2005 CRN 630 D1 and 2006 CRN 441 D1, and explained how the wording on item 13 is erroneous. How Counsel Almaraz corrected the agreement as it pertains to the Court and missed the item 13 wording. Proof that Counsel did not explain anything re: agreement, to applicant as that plea was entered then and there.

The above was filed under a single package with 5 sealed envelopes. They were addressed to the District Clerk Esther Degollado under Cert.mail. Certified no: 7014 1820 0001 2048 9285 with total weight of 3 Lbs 5.70 oz. Delivery date being: 04/30/15. The 30th day of April 2015.

2). The Applicant filed a seperate letter which contained Applicant's Affidavit of facts; Applicant explained his relationship with both Counsels, David Almaraz and Fausto Sosa, Applicant's decision to plead guilty, his understanding of the cases and proceedings. Said Affidavit of facts was of 12 pages. The Applicant also sent a 2 page

explanation to the Clerk of such filings. Overall, and requested the Clerk to notify the Applicant of delivery and if any documents missing. Neither did the Clerk.

The above was filed under a single package with address of Justice Center District Clerk's Office. It was mailed via certified mail. Total weight of 2.70 oz. Delivery date being 05.04.15, that is the 5th day of May, 2015. Return receipt requested was signed, stamped, and received by the Applicant. Certi no for this package is 7014 1820 0001 2049 5293.

## III. REASONS

1. Applicant makes this request because he received a letter from his brother Luis Cardona, who called the Honorable's secretary and was notified that only the Writ pages (presumably) "73 pages" were received. The applicant's brother inquired about the second letter, certified, and was notified that it was not received.

2. The Applicant makes this request because he believes the adjudication of such Writs is against his interests i.e. denied, and believes that if such is the case i.e. denial it is because of the missing documents. Which when construed liberally, or as the applicant styled his petitions, in the cumulative error concept, establishes he did not make an knowing, voluntary and intelligent admission of guilt.

## IV. PROOF OF DELIVERY

The Applicant has the receipts from the Post Office and certified receipts, including Return Receipt requested forms as proof that he mailed the above stated and missing documents. The Applicant will make them available as soon as the notarization takes place. It will be mailed via certified mail. Possibly the 18th - 19th of this month of June.

## V. Conclusion.

WHEREFORE, PREMISES CONSIDERED, the applicant prays this Court of Criminal Appeals to stay in adjudication of the Writs, on behalf of the Applicant, pending verification of proof, so that Applicant will not be prejudiced i.e. procedurally defaulted, if he successively files another Writ, and not be cited with Abuse of Writ. That is, if the adjudication is against applicant's interests i.e. denied. And to further relief to which he may be entitled.

Respectfully submitted, 6.15.15 (original submission)
Gabriel Cardona #1444672
All Red Unit
2101 F.M. 369 N.
Iowa Park, TX 76367

## Exhibit in Support of REQUEST

§
§

The following is a true and accurate translation of the Applicants brother's Letter re: Phone Call to the "judge's secretary"

6.02.15

"... About the certified packages that you told mom, they did receive it but only 73 pages that you sent. The certified letter they did not received it. The package was received on the 5th day of May at 3 p.m. And the judges secretary told me that the D.A. already responded and that the Court has a month to make a decision. That if within a month, that is the 5th day of June, they don't decide then they will submit it to the Supreme Court [Court of Criminal Appeals]. That is all I was told"... received 6.12.15

(Original submission)

True, accurate, under penalty of perjury. Submitted 6.15.15

Translated by me! Gabriel Cardona #1444672
All Red Unit
2101 F.M. 369 N.
Iowa Park TX 76367